*E-FILED*
**November 14, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. WIMMER,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>    Defendant.<br>_____/ | No. C 05-04244 RS<br><br><br><br>**ORDER OF RECUSAL** |

    I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action.  The Clerk of Court shall randomly reassign this case.

    IT IS SO ORDERED.

Dated: November 14, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Lee M. Gordon, Esq.
Email: lee@hbsslaw.com

Heather Moser, Esq.
Email: hmoser@mofo.com

Dated: November 14, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg