| | |
|---|---|
| LEE M. GORDON (SBN 174168)<br>ELAINE T. BYSZEWSKI (SBN 222304)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>700 South Flower St., Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>-and-<br>STEVE W. BERMAN<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | PENELOPE A. PREOVOLOS (SBN 87607)<br>ANDREW D. MUHLBACH (SBN 175694)<br>HEATHER A. MOSER (SBN 212686)<br>MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>APPLE COMPUTER, INC. |

Attorneys for Plaintiff And The Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 1-10-06*

| | |
|---|---|
| JAMES M. WIMMER, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>APPLE COMPUTER, INC.,<br><br>                              Defendant. | Case No. C-05-04244 RMW<br><br>**STIPULATION RE: [PROPOSED]**<br>**CASE MANAGEMENT ORDER NO. 1** |

STIPULATION RE: [PROPOSED] CASE MANAGEMENT ORDER NO. 1
1884.10 0001 MTN STIP RE CMO 1-RMW-LA                  -1-

1  WHEREAS, the original complaint in the above-referenced case was filed on October 19, 2005, asserting claims on behalf of a putative nationwide class of consumers against Defendant APPLE COMPUTER, INC. ("Apple"), and concerning alleged scratching problems inherent with the ipod Nano digital music player ("Nano"), and subsequently amended on October 25, 2005;

WHEREAS, related class action complaints subsequently have been filed in this Court and in other courts;

WHEREAS, Plaintiff JAMES M. WIMMER ("Wimmer") and Apple believe and agree that it would serve the interests of judicial economy and efficiency for this Court to enter a Case Management Order in the form of the proposed order attached hereto as **Exhibit A** and incorporated herein by reference;

NOW, THEREFORE, the parties, by and through their counsel, hereby agree and stipulate to the entry of an order in the form of the proposed order attached hereto as **Exhibit A**.

Dated: December 19, 2005

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By: _____
Andrew D. Muhlbach

Attorneys for Defendant
APPLE COMPUTER, INC.

1  DATED: December 19, 2005

HAGENS BERMAN SOBOL SHAPIRO LLP
LEE M. GORDON
ELAINE T. BYSZEWSKI

By: Lee M. Gordon
700 South Flower Street
Suite 2940
Los Angeles, CA 90017
(213) 330-7149
(213) 330-7152 – Fax

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206.623.7292
206.623.0594 – Fax

DAVID P. MEYER
PATRICK G. WARNER
DAVID P. MEYER & ASSOCIATES CO., LPA
401 North Front Street, Suite 350
Columbus, Ohio 43215
(614) 224-6000
(614) 224-6066 – Fax

*Attorneys for Plaintiff and the Proposed Class*

///

///

**IT IS SO ORDERED.**

DATED: 1-10-06         , 2005

/S/ RONALD M. WHYTE
**HONORABLE RONALD M. WHYTE**
**UNITED STATES DISTRICT COURT**

STIPULATION RE: [XXXXXXX]CASE MANAGEMENT ORDER NO. 1
1884.10 0001 MTN STIP RE CMO 1-RMW-LA         -3-