*E-FILED - 12/23/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. M:06-cv-01754-RMW |
| Apple iPod Nano Litigation | ) | |
| | ) | |
| | ) | **[] ORDER RE** |
| | ) | **DISMISSAL OF ACTIONS** |
| | ) | **WITHOUT PREJUDICE** |
| | ) | |
| | ) | |
| | ) | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## * * ORDER * *

IT IS HEREBY ORDERED THAT *In re Apple iPod nano Products Liability Litigation*, United States District Court for the Northern District of California, Case No. M-06-1754-RMW, MDL No. 1754, is dismissed without prejudice, including without limitation the following actions:

- *Moschella, et al. v. Apple Computer, Inc.*, Case No. C-05-04372-RMW (United States District Court for the Northern District of California, San Jose Division, complaint filed October 26, 2005);

- *Kahan, et al., v. Apple Computer, Inc.*, Case No. 05-CV-9251-JES (United States District Court for the Southern District of New York, complaint filed October 31, 2005); and

- *Jennings, et al, v. Apple Computer, Inc.*, Case No. C-05-04520-RMW (United States District Court for the Northern District of California, San Jose Division, complaint filed November 4, 2005).

DATED:__ 12/23/09 _____

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE

- 1 -

[]

Respectfully Submitted By,

DATED:  December 11, 2009              HAGENS BERMAN SOBOL SHAPIRO LLP


                                       By  /s/ Lee M. Gordon
                                           LEE M. GORDON

                                       ELAINE T. BYSZEWSKI
                                       700 South Flower St., Suite 2940
                                       Los Angeles, CA  90017-4101
                                       Telephone: (213) 330-7150
                                       Facsimile: (213) 330-7152

                                       REED R. KATHREIN
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       715 Hearst Avenue, Suite 202
                                       Berkeley, CA 94710
                                       Telephone:  (510) 725-3000
                                       Facsimile: (510) 725-3001

                                       STEVE W. BERMAN
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1301 Fifth Avenue,
                                       Suite 2900
                                       Seattle, WA 98101
                                       Telephone: (206) 623-7292
                                       Facsimile: (206) 623-0594

                                       DAVID P. MEYER
                                       DAVID P. MEYER & ASSOCIATES CO.,
                                       LPA
                                       401 North Front Street, Suite 350
                                       Columbus, OH 43215
                                       Telephone: (614) 224-6000
                                       Facsimile: (615) 224-6066

                                       *Attorneys for Plaintiffs*

STIPULATION AND  ORDER RE DISMISSAL OF ACTIONS WITHOUT PREJUDICE

1

**CERTIFICATE OF SERVICE**

2          I, Lee M. Gordon, hereby certify that on December 11, 2009, I electronically

3  filed the foregoing with the Clerk of the Court using the CM/ECF system which will

4  send notification of such filing to the e-mail addresses registered, as denoted on the

5  attached Electronic Mail Notice List, and I hereby certify that I have mailed the

6  foregoing document or paper via the United States Postal Service to the non-

7  CM/ECF participants indicated on the attached Manual Notice List.

8
                                              /s/ Lee M. Gordon
9                                            LEE M. GORDON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28