*E-FILED - 12/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Apple iPod Nano Litigation | MDL Docket No. M:06-cv-01754-RMW<br><br>**[] ORDER RE DISMISSAL OF ACTIONS WITHOUT PREJUDICE** |

* * ORDER * *

IT IS HEREBY ORDERED THAT *In re Apple iPod nano Products Liability Litigation*, United States District Court for the Northern District of California, Case No. M-06-1754-RMW, MDL No. 1754, is dismissed without prejudice, including without limitation the following actions:

- *Moschella, et al. v. Apple Computer, Inc.*, Case No. C-05-04372-RMW (United States District Court for the Northern District of California, San Jose Division, complaint filed October 26, 2005);
- *Kahan, et al., v. Apple Computer, Inc.*, Case No. 05-CV-9251-JES (United States District Court for the Southern District of New York, complaint filed October 31, 2005); and
- *Jennings, et al, v. Apple Computer, Inc.*, Case No. C-05-04520-RMW (United States District Court for the Northern District of California, San Jose Division, complaint filed November 4, 2005).

DATED:__ 12/23/09 _____        _____
                                 THE HONORABLE RONALD M. WHYTE

- 1 -

[]

1 | Respectfully Submitted By,

3 | DATED: December 11, 2009         HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Lee M. Gordon
   LEE M. GORDON

ELAINE T. BYSZEWSKI
700 South Flower St., Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

REED R. KATHREIN
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue,
Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

DAVID P. MEYER
DAVID P. MEYER & ASSOCIATES CO., LPA
401 North Front Street, Suite 350
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (615) 224-6066

*Attorneys for Plaintiffs*

STIPULATION AND ORDER RE DISMISSAL OF ACTIONS WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Lee M. Gordon, hereby certify that on December 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                      /s/ Lee M. Gordon
                      LEE M. GORDON